**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:<br><br>SERTA SIMMONS BEDDING, LLC, *et al.*,<br><br>Debtors. | §<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 23-90020 |
| AG CENTRE STREET PARTNERSHIP L.P., *et al.*,<br><br>Third-Party Plaintiffs / Appellees<br><br>v.<br><br>AGF FLOATING RATE INCOME FUND, *et al.*,<br><br>Third-Party Defendants / Appellants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Nos. 4:26-cv-6336, 4:26-cv-6357, 4:26-cv-6358<br><br>Judge Andrew S. Hanen<br><br>On Appeal from the U.S. Bankruptcy Court for the Southern District of Texas<br><br>Bankr. S.D. Tex. Adversary Proc. No. 23-09001 |

**STIPULATION TO VOLUNTARILY DISMISS APPEAL AS TO INVESCO LENDERS**

This stipulation is entered into by and among (a) the following Appellants in No. 26-cv-6336 and Appellees in Nos. 26-cv-6357 and 26-cv-6358: Betony CLO 2, Ltd., Carbone CLO, Ltd., Annisa CLO, Ltd., Diversified Credit Portfolio Ltd., HarbourView CLO VII-R, Ltd., Invesco BL Fund, Ltd., Invesco Dynamic Credit Opportunity Fund (f/k/a Invesco Dynamic Credit Opportunities Fund), Invesco Floating Rate ESG Fund (f/k/a Invesco Floating Rate Fund), Invesco Gemini US Loan Fund LLC, Invesco Multi-Strategy Fund (f/k/a Invesco Oppenheimer Fundamental Alternatives Fund), Invesco Master Loan Fund (f/k/a Invesco Oppenheimer Master Loan Fund), Invesco Senior Floating Rate Fund (f/k/a Invesco Oppenheimer Senior Floating Rate

Fund), Invesco Senior Income Trust, Invesco Senior Loan Fund, Invesco SSL Fund LLC, Invesco Zodiac Funds - Invesco US Senior Loan ESG Fund, Invesco Zodiac Funds - Invesco US Senior Loan Fund, Milos CLO, Ltd., Riserva CLO, Ltd. (collectively, the "Invesco Lenders"), (b) Appellees in No. 26-cv-6336 and Appellants in Nos. 26-cv-6357 and 26-cv-6358: TPG AG Centre Street Partnership L.P. (f/k/a AG Centre Street Partnership L.P.), AG Credit Solutions Non-ECI Master Fund, L.P., AG SF Master (L), L.P., TPG Dynamic Credit Income Master Fund, L.P. (f/k/a AG Super Fund Master, L.P.), Silver Oak Capital, L.L.C., Columbia Cent CLO 21 Limited, Columbia Cent CLO 27 Limited, Columbia Floating Rate Fund, Columbia Strategic Income Fund, Contrarian Funds, L.L.C., Gamut Capital SSB, LLC, North Star Debt Holdings, L.P., Shackleton 2013-III CLO, Ltd., Shackleton 2013-IVR CLO, Ltd., Shackleton 2014-V-R CLO, Ltd., Shackleton 2015-VII-R CLO, Ltd., Shackleton 2017-XI CLO, Ltd., Z Capital Credit Partners CLO 2018-1 Ltd., and Z Capital Credit Partners CLO 2019-1 Ltd. (collectively, the "Excluded Lenders"), and (c) Appellees in No. 26-cv-6336: LCM XXII Ltd., LCM XXIII Ltd., LCM XXIV Ltd., LCM XXV Ltd., LCM 26 Ltd., LCM 27 Ltd., LCM 28 Ltd., LCM XIII Limited Partnership, LCM XIV Limited Partnership, LCM XV Limited Partnership, LCM XVI Limited Partnership, LCM XVII Limited Partnership, LCM XVIII Limited Partnership, LCM XIX Limited Partnership, LCM XX Limited Partnership, and LCM XXI Limited Partnership (collectively, the "LCM Lenders"). The Invesco Lenders, the Excluded Lenders, and the LCM Lenders are collectively referenced herein as the "Specified Parties." Pursuant to Federal Rule of Bankruptcy Procedure 8023, the Specified Parties submit this stipulation and agreement to dismiss the Invesco Lenders' appeal solely as to themselves and not as to any other appellants (No. 26-cv-6336) and the Excluded Lenders' appeals (Nos. 26-cv-6357 and 26-cv-6358) as to the Invesco Lenders solely as to the Invesco Lenders and not as to any other appellees with prejudice, and state as follows:

**WHEREAS**, on July 31, 2026, the Invesco Lenders, along with certain other third-party defendants, filed a *Notice of Appeal* (ECF No. 764) appealing from the Bankruptcy Court's Judgment dated July 20, 2026 (ECF No. 752) (the "Judgment") entered in the adversary proceeding captioned *AG Centre Street Partnership L.P., et al. v. AGF Floating Rate Income Fund, et al.*, Adv. Proc. No. 23-09001 (CML) (Bankr. S.D. Tex.) (the "Adversary Proceeding");

**WHEREAS**, on August 5, 2026, that appeal was docketed in this Court at No. 26-cv-6336;

**WHEREAS**, on August 3, 2026, North Star Debt Holdings, L.P. (one of the Excluded Lenders) filed a *Notice of Appeal* (ECF No. 766) appealing from the Judgment;

**WHEREAS**, on August 5, 2026, that appeal was docketed in this Court at No. 26-cv-6357;

**WHEREAS**, on August 3, 2026, the Excluded Lenders filed a *Notice of Appeal* (ECF No. 767) appealing from the Judgment;

**WHEREAS**, on August 5, 2026, that appeal was docketed in this Court at No. 26-cv-6358;

**WHEREAS**, the Specified Parties have resolved all claims between them asserted in the Adversary Proceeding pursuant to a binding confidential settlement agreement, and the Invesco Lenders are deemed to have fully and completely satisfied the Judgment.

**NOW THEREFORE**, it is hereby stipulated and agreed by and through undersigned counsel that:

1. The Invesco Lenders voluntarily dismiss their appeal of the Judgment (No. 26-cv-6336) with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023(a);

2. North Star Debt Holdings, L.P. voluntarily dismisses its appeal of the Judgment (No. 26-cv-6357) as to the Invesco Lenders with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023(a);

3. The Excluded Lenders voluntarily dismiss their appeal of the Judgment (No. 26-cv-6358) as to the Invesco Lenders with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023(a);

4. Only as between the Specified Parties, each Specified Party will bear its own costs and fees;

5. The Invesco Lenders represent that all costs and fees owed by them in connection with the appeals have been paid to the United States District Court for the Southern District of Texas;

6. The Excluded Lenders represent that all costs and fees currently owed by them in connection with the appeals have been paid to the United States District Court for the Southern District of Texas;

7. The LCM Lenders represent that all costs and fees currently owed by them in connection with the appeals have been paid to the United States District Court for the Southern District of Texas;

8. This stipulation and agreement shall have no effect on the appeal in No. 26-cv-6336 with respect to any Appellants other than the Invesco Lenders named herein; and

9. This stipulation and agreement shall have no effect on the appeals in Nos. 26-cv-6357 and 26-cv-6358 with respect to any Appellees other than the Invesco Lenders named herein.

Dated: September 1, 2026


*/s/ Gregg Costa*

**GIBSON, DUNN & CRUTCHER LLP**
Gregg Costa
State Bar No. 24028160
Federal I.D. No. 32779
811 Main Street, Suite 3000
Houston, TX 77002
Tel. (346) 718-6600
Email: gcosta@gibsondunn.com

-and-

C. Lee Wilson*
Nina Meyer*
Robert A. Batista*
200 Park Avenue
New York, NY 10166
Tel. (212) 351-4000
Email: clwilson@gibsondunn.com
nmeyer@gibsondunn.com
rbatista@gibsondunn.com

*Admitted pro hac vice in 26-cv-6336

*Counsel for the Invesco Lenders in No. 26-cv-6336 and No. 26-cv-6358*

*/s/ Bruce J. Ruzinsky*

**JACKSON WALKER LLP**
Bruce J. Ruzinsky
State Bar No. 17469425
Federal I.D. No. 5037
Email: bruzinsky@jw.com
Victoria Argeroplos
State Bar No. 24105799
Federal I.D. No. 3136507
Email: vargeroplos@jw.com
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel. (713) 752-4204

*Counsel for the Invesco Lenders*

*/s/ Cameron M. Kelly*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Cameron M. Kelly
(TX 24120936; Fed. No. 3834011)
700 Louisiana Street, Suite 3900
Houston, TX 77002
Tel: 713-221-7000
Email: cameronkelly@quinnemanuel.com

-and-

Susheel Kirpalani (*pro hac vice* forthcoming)
Zachary Russell (*pro hac vice* forthcoming)
Kenneth B. Hershey (*pro hac vice* forthcoming)
295 5th Avenue, 9th Floor
New York, New York 10016
Tel.: 212-849-7000
Email: susheelkirpalani@quinnemanuel.com
zacharyrussell@quinnemanuel.com
kenhershey@quinnemanuel.com

-and-

John F. Bash
(TX 24067504; Fed. No. 3653524)
Matthew R. Scheck (*pro hac vice* forthcoming)
300 West 6th St, Suite 2010
Austin, TX 78701
Tel.: 737-667-6100
Email: johnbash@quinnemanuel.com
matthewscheck@quinnemanuel.com

*Counsel for the Excluded Lenders*

/s/ *Neil R. Lieberman*

**HOLWELL SHUSTER & GOLDBERG LLP**
Neil R. Lieberman (*pro hac vice* forthcoming)
Vincent Levy (*pro hac vice* forthcoming)
Brian T. Goldman (*pro hac vice* forthcoming)
Aaron Mattis (*pro hac vice* forthcoming)
425 Lexington Avenue
New York, NY 10017
Telephone: (646) 837-5151
Email: NLieberman@hsgllp.com
VLevy@hsgllp.com
BGoldman@hsgllp.com
Amattis@hsgllp.com

*Counsel for the LCM Lenders*